■ HERB DAVENPORT, Appellant, v NEW YORK JOCKEY INJURY COMPENSATION FUND, INC., Respondent, et al., Defendant. (Appeal No. 2.) [627 NYS2d 610] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Ontario

County, Harvey, J.—Summary Judgment.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.